# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
ghp@parkerhanski.com

**MEMO ENDORSED**

October 13, 2022

Via ECF
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York

Re:  *Jennifer Feltenstein v. Silwis LLC and Westchester Medical Group, PLLC*

**Docket No. 7:22-cv-01443 (KMK) (JCM)**

Dear Judge Karas:

We represent the plaintiff in the above-entitled action. On behalf of all parties, we write to respectfully ask the Court to extend the deadline to file the stipulation of dismissal to November 14, 2022. The reason for this request is because the parties are in the process of finalizing the settlement agreement and require additional time. This is the first application to extend the deadline. Thank you for your time and attention to this matter. With kindest regards, I am

Granted.

So Ordered.

/s/ [signature]

10/13/22

very truly yours,

/s/
Glen H. Parker, Esq.